AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID LEON ENLOW,

                  Plaintiff,

                     v.

SHERIFF LARRY TALOR, SHERIFF STEVE KEANE, CAPTAIN AL THOMSON, CAPTAIN KATHY DANIEL, LT. SHARON FELTON and LT. ROBERT GUERRO

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5048-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED with Prejudice.

August 24, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Renea Ferrante  
*(By) Deputy Clerk*  
Renea Ferrante